**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

State of Georgia, Respondent,

v.

Mark Randall Meadows, Appellant.

Appellate Case No. 2022-001604

———————

Appeal From Pickens County
The Honorable Edward W. Miller, Circuit Court Judge

———————

Memorandum Opinion No. 2022-MO-010
Submitted November 17, 2022 – Filed November 29, 2022

———————

**AFFIRMED**

———————

James W. Bannister, of Bannister, Wyatt & Stalvey, LLC, of Greenville, for Appellant.

Andrew John Savage, III, of Savage Law Firm, and Christopher W. Adams, of Adams Bischoff LLC, both of Charleston, for Respondent.

Costa M. Pleicones, William C. McKinney, and Jonathan D. Klett, all of Haynsworth Sinkler Boyd, P.A., of Greenville, for *Amici Curiae* Current and Former Prosecutors.

———————

**PER CURIAM:** Pursuant to the Uniform Act to Secure the Attendance of Witnesses from Without a State in a Criminal Proceeding,[1] a South Carolina circuit court ordered Appellant to appear and testify, on November 30, 2022, before a Special Purpose Grand Jury empaneled in Fulton County, Georgia, to investigate allegations of possible attempts to disrupt the lawful administration of the November 2020 elections in Georgia.

Appellant appealed the order of the circuit court and filed a motion to certify the appeal to this Court, arguing the merits of his appeal in his motion. We granted the motion to certify the appeal and, because of the exigent circumstances involved in the matter, requested a response from the State of Georgia to the arguments presented by Appellant in the motion to certify.

We have reviewed the arguments raised by Appellant and find them to be manifestly without merit. Accordingly, we affirm the order of the circuit court pursuant to Rule 220(b)(1), SCACR.

**AFFIRMED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**

---

[1] Both South Carolina and Georgia have adopted the Act. *See* S.C. Code Ann. §§ 19-9-10 to -130 (2014); Ga. Code Ann. §§ 24-13-90 to -97 (2013).